**Daniel J. DuBois**
Attorney
Direct Dial: 716.563-6132
Direct Facsimile: 888.844.3307
Ddlaw33@gmail.com



April 12, 2023

Honorable Lawrence J. Vilardo
United States District Judge
Western District of New York

    Re: USA v. Daniel Warmus

Dear Judge Vilardo:

Attached please find a letter our office recently received regarding Dan Warmus.

Thank you in advance for your generous consideration in this matter.

Sincerely,

Daniel J. DuBois, Esq.
Attorney for Mr. Warmus



*Seneca County*
# BOARD OF SUPERVISORS
**1 DIPRONIO DRIVE**
**WATERLOO, NEW YORK 13165**

PHONE: 315-539-1700
FAX: 315-539-0207

*Chairman*
Michael Enslow
*Town of Waterloo*

*Majority Leader*
Robert Shipley
*Town of Waterloo*

*Minority Leader*
Kyle Barnhart
*Town of Lodi*

*Board Finance Director*
*Jury Board Member*
Michael Reynolds
*Town of Covert*

*Town of Fayette*
Jeffrey Trout

*Town of Junius*
C. Ernest Brownell

*Town of Ovid*
Joseph Borst

*Town of Romulus*
David Hayes

*Town of Seneca Falls*
Michael Ferrara

*Town of Seneca Falls*
Paul B. Kronenwetter

*Town of Seneca Falls*
Michael Rhinehart

*Town of Tyre*
Elizabeth Partee

*Town of Varick*
Robert hayssen

*Town of Waterloo*
Don Trout

*Clerk to the Board*
Amanda C. Vavra

April 3, 2023
Honorable U.S. District Judge Lawrence J. Vilardo
Robert H. Jackson United States Courthouse
2 Niagara Square
Buffalo, NY 14202

RE: Daniel Joseph Warmus

Honorable U.S. District Judge Vilardo:

My name is Michael Enslow and I am the Chairman of the Board of Supervisors for Seneca County. I met Mr. Warmus on March 22, 2023, as he was performing his second First Amendment Audit of Seneca County.

Mr. Warmus toured offices in our County Office Building prior to my meeting him. Once he visited my office, we met in the Legislative Chambers and had a meaningful conversation about what he is trying to accomplish with these audits.

Mr. Warmus was professional, polite, courteous and respectful during his visit.

I believe in transparency in government and our employees are aware of their status as public servants. Our employees are encouraged to be professional, courteous and kind to our customers.

Mr. Warmus, as a first amendment auditor, allowed Seneca County to have a third party observe how we truly interact with the public. This is invaluable feedback that allows us to improve our operations as we serve the public.

Should your Honor have any questions or need any clarification with the statements in this letter, please do not hesitate to contact me.

Respectfully,

Michael Enslow
Chairman
Seneca County Board of Supervisors