AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>DANIEL WARMUS<br><br>*Defendant* | )<br>)<br>)<br>) Case No.  22-CR-184:1<br>)<br>)<br>) |

*FILED JUL 26 2023 MARY C. LOEWENGUTH, CLERK WESTERN DISTRICT OF NY*

REC'D USMS WNY D55
2023 JUL 11 AM 8:58

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☑ Order of Court

| Place: United States District Court<br>2 Niagara Square<br>Buffalo, NY 14202 | Courtroom No.: 8W |
|---|---|
| | Date and Time: 07/13/2023 11:00 am |

This offense is briefly described as follows:
Hearing to modify the conditions of supervisison

Date: 07/10/2023

*Issuing officer's signature*

MARY C. LOEWENGUTH, Clerk of Court
*Printed name and title*

---

I declare under penalty of perjury that I have:

☑ Executed and returned this summons      ☐ Returned this summons unexecuted

Date:  07/11/2023

*Server's signature*

M. Fialkiewicz   DUSM
*Printed name and title*